UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph E. Penachio,  )<br>  )<br>   Petitioner,  )<br>  v.  )<br>  )<br>United States of America,  )<br>  )<br>   Respondent.  ) | CRIMINAL ACTION<br>NO. 13-10221-NMG |

REPORT AND RECOMMENDATION ON PETITION UNDER 28 U.S.C. § 2255
FOR A WRIT OF HABEAS CORPUS (#81)

KELLEY, U.S.M.J.

Joseph E. Penachio, ("Penachio" or "petitioner"), petitions for a writ of habeas corpus under 28 U.S.C. § 2255. In his petition, Penachio lists one ground as the basis for a writ of habeas corpus, stating that "[t]he Court's sentence and plea agreement have been frustrated because of an Administrative error." (#81 at 4.)

## I. BACKGROUND

On March 5, 2014, Penachio pled guilty to Count One of an indictment charging him with the attempted manufacture of methamphetamine in violation of 21 U.S.C. § 846 and § 841(a)(1). (#63, #3 at 1.) On July 9, 2014, Judge Nathaniel M. Gorton imposed a sentence of twenty-four months imprisonment, with four years of supervised release to follow, with a special condition that defendant participate in drug mental health treatment programs at the direction of the Probation Office. The Court also ordered the petitioner to pay $7,095.08 in restitution. (#75.) The sentence was well below the advisory guideline range of 87-108 months. (#78 at 11, #83 at 1.) In the Judgment, the Court accepted "the government's recommendation to

*Report and Recommendation accepted and adopted.*
*N.M. Gorton, USDJ 3/16/15*